1108

No. 05–7388. COLLINS v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 05–7406. HOWELL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–7408. GENEVIER v. LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7413. MORGAN v. BUDGE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7414. MOODY v. POLK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 05–7418. WILLIAMSON v. MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 05–7422. JAMES v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 05–7425. JENSEN v. HOLM. Ct. App. Wis. Certiorari denied.

No. 05–7431. SANDERS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 05–7432. SANDERS v. ROSS ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–7435. SMITH v. MCLEMORE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–7436. LEECH v. HINES, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 05–7437. MARTINEZ v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7446. ACREMANT v. OREGON. Sup. Ct. Ore. Certiorari denied.